IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLATUNJI RAHEEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOP GRADE CONSTRUCTION \| GOODFELLOW,<br><br>　　　　Defendant. | Case No. 18-cv-06397-MMC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　By order filed November 19, 2018 ("November 19 Order"), the Court dismissed plaintiff's complaint with leave to amend. By the same order, plaintiff was advised that if he wished to file an amended complaint, such pleading had to be filed no later than December 10, 2018.

　　Plaintiff has not filed an amended complaint. Rather, on December 13, 2018, plaintiff filed a document ("December 13 Filing") that appears to be challenging both the above-referenced order (see December 13 Filing (stating "Judge Chesney's opinions were not corroborated with facts or evidence")) as well as a state court order of child support (see id. (stating "[t]he intention of this objection Judge Chesney is for you to provide clarification of evidence and jurisdiction to make an order of nonpayment of support")) and garnishment of wages (see documents attached to December 13 Filing).

　　To the extent plaintiff, by said filing, may be seeking reconsideration of the November 19 Order, plaintiff has not demonstrated good cause for the relief sought. See Civil L.R. 7-9(b) (requiring party seeking reconsideration to show "a material difference in fact or law exists from that which was presented to the Court[,] . . . [t]he emergence of new material facts or change of law occurring after the time of such order[,] or . . . [a]

manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court"). Moreover, "lower federal courts are without subject matter jurisdiction to review state court decisions, and state court litigants may therefore only obtain federal review by filing a petition for a writ of certiorari in the Supreme Court of the United States." See Mothershed v. Justices of Supreme Court, 410 F.3d 602, 606 (9th Cir. 2005).

Accordingly, the above-titled action is hereby DISMISSED for failure to file an amended complaint alleging adequate grounds for federal jurisdiction. Such dismissal is without prejudice to plaintiff's seeking other relief as set forth above or to which he may be entitled in state court.

**IT IS SO ORDERED.**

Dated: December 20, 2018

MAXINE M. CHESNEY
United States District Judge